UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA WHITEHEAD,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES, INC.,<br><br>  Defendant. | Case No. 25-cv-02303-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on May 6, 2025. Having considered the parties' proposal, *see* Dkt. No. 21, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/Joinder | August 1, 2025 |
| Close of Fact Discovery | November 14, 2025 |
| Exchange of Opening Expert Reports | November 21, 2025 |
| Exchange of Rebuttal Expert Reports | December 19, 2025 |
| Close of Expert Discovery | January 23, 2026 |
| Dispositive Motion Hearing Deadline | March 5, 2026 at 2:00 p.m. |
| Pretrial Conference | June 2, 2026 at 3:00 p.m. |
| Jury Trial (7 days) | June 15, 2026 at 8:30 a.m. |

//

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause. The parties are directed to review and comply with this Court's standing orders. This
3    Order TERMINATES Dkt. No. 21.

4    **IT IS SO ORDERED.**

5    Dated:   5/14/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge